GEORGE A. PRICE, Respondent, v. WOODWARD-BROWN REALTY COMPANY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Transfer Tax upon the Estate of EMMA L. MOLLER, Deceased. THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; EDITHE MAUD MOLLER-PAULOVICO and Another, as Executors, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

GEORGE L. PRENTISS and Others, Appellants, v. EDWARD H. MERRITT and Others, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

DAVID STEWART, Respondent, v. FRANK P. BILLMEYER and Another, Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

HARRY BRANDORFF, Respondent, v. RODGERS & HAGERTY, INC., Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $12,228.97; in which event, the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

DOMENICO MONTESANO, Respondent, v. LUCRIE F. POST, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

WARNER-GODFREY COMPANY, a New York Corporation, Respondent, v. BENJAMIN HAIMOVITZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

MAKE MILLS, Appellant, v. FINLEY R. PORTER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the UNITED STATES MORTGAGE AND TRUST COMPANY, as Substituted Trustee for GRACE WATT THOMAS and Remaindermen under the Last Will and Testament of MARY G. PINKNEY, Deceased. In the Matter of the Application of JULIA WATT LAWRENCE for the Apportionment of Income from a Trust Created by the Last Will and Testament of MARY G. PINKNEY, Deceased. KEITH W. MORRIS and Others, Appellants; JULIA WATT LAWRENCE and Others, Respondents.— Decree affirmed, with costs to all parties separately appearing and filing briefs herein payable out of the estate. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the UNITED STATES MORTGAGE AND TRUST COMPANY, as Substituted Trustee for GRACE WATT THOMAS and Remaindermen under the Last Will and Testament of MARY G. PINKNEY, Deceased, Appellant. JULIA W. LAWRENCE and Others, Respondents.— Decree so far as appealed from affirmed, with costs to all parties separately appearing and filing briefs herein payable out of the estate. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.